# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN J HUBBARD and BARBARA J. HUBBARD,<br><br>Plaintiffs,<br>vs.<br>ROSHAN L. GUPTA and SHEELA GUPTA dba GAS DEPOT STATION,<br><br>Defendants. | CASE NO. 04cv2591-LAB (POR)<br><br>**ORDER EXTENDING PRETRIAL DATES** |

On August 1, 2006, this Court issued an order setting pretrial dates. The first of these was October 2, 2006, by which time the parties or their counsel were ordered to comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3). Currently pending are cross motions for summary judgment by Plaintiffs Lynn J. Hubbard and Barbara J. Hubbard, and Defendants Roshan L. Gupta and Sheela Gupta dba Gas Depot Station. Therefore, on the Court's own motion, the pretrial dates set in the Court's August 1, 2006 order are hereby **VACATED**, and reset as follows:

1. The Pretrial Conference shall be held at 11:15 a.m. on December 4, 2006;

2. All parties or their counsel shall comply with the Pretrial Disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before November 6, 2006;

3. The parties shall meet and confer in person on the preparation of the Pretrial Order as required by the Court's standing order on or before November 13, 2006;

4. The parties shall file their Pretrial Order and their objections to Pretrial Disclosures on or before November 20, 2006.

1 | The parties are particularly directed to review and comply with the requirements of the Civil
2 | Local Rules and the Court's Standing Order.
3 | **IT IS SO ORDERED**.
4 | DATED: October 16, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:    Magistrate Judge Louisa S. Porter
       All Counsel of Record