# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN J HUBBARD and BARBARA J. HUBBARD,<br><br>Plaintiffs,<br>vs.<br>ROSHAN L. GUPTA and SHEELA GUPTA dba GAS DEPOT STATION,<br><br>Defendants. | CASE NO. 04cv2591-LAB (POR)<br><br>**ORDER OF DISMISSAL** |

On March 13, 2007, the parties filed a joint motion for dismissal of this action in its entirety with prejudice. Accordingly, this action is hereby **DISMISSED WITH PREJUDICE**, the parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: March 16, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge